

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00309-CV

Leticia Garza **GALVAN** and Martie Garcia Vela,
Appellants

v.

Eloy **VERA** and Baldermar Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-18-186
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

By order dated August 7, 2018, the parties were ordered to file any responses to the State's amended motion to release an electronic copy of the appellate record by August 17, 2018. Both parties filed responses stating they are not opposed to releasing an electronic copy of the appellate record to the State. It is therefore ORDERED that the State's amended motion is GRANTED, and the clerk of this court is instructed to provide an electronic copy of the appellate record to the State, including those portions of the record that are sealed.

By order dated June 15, 2018, the parties were instructed to file their briefs in paper form if their briefs made reference to the sealed record. Appellants have filed an unopposed motion to unseal the briefs. Appellants note they cite portions of the sealed exhibits in their brief but do not reveal any information contained in the sealed exhibits that would prejudice the trial court's order to seal the exhibits. Appellants further note the appellees do not cite the sealed exhibits in their brief. It is therefore ORDERED that the briefs are unsealed and may be electronically entered into the court's case management system.

It is so ORDERED on August 20, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
CLERK OF COURT